**Vincent BEASLEY, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (PECO ENERGY COMPANY), Respondent**

**No. 61 MAL 2017**

Supreme Court of Pennsylvania.

July 10, 2017

## ORDER

PER CURIAM

**AND NOW**, this 10th day of July, 2017, the Petition for Allowance of Appeal is **DENIED.**